U.S. Department of Justice
United States Marshals Service

# PROCESS RECEIPT AND RETURN

TRENTON

See "Instructions for Service of Process by U.S. Marshal"

(10)

| | |
|---|---|
| PLAINTIFF Paul Lancaster | COURT CASE NUMBER 1:20-cv-01995-NLH-JS |
| DEFENDANT New Jersey Transit System, et al. | TYPE OF PROCESS Simmons/Complaint |

SERVE AT: NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Kevin O'Neill (Sr. EAP Counselor)

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
7 Railroad Plaza Matawan, New Jersey 07747

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Paul Lancaster
1140 Glen Avon Road
Darby, PA 19023

Number of process to be served with this Form 285

Number of parties to be served in this case

Check for service on U.S.A.

2021 MAR -4 P 4: 12
CLERK U.S. DISTRICT COURT DISTRICT OF NEW JERSEY RECEIVED

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Fold

Fold

Signature of Attorney other Originator requesting service on behalf of: ☑ PLAINTIFF ☐ DEFENDANT

TELEPHONE NUMBER (610) 587-7257

DATE 03/13/20

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 5 of 16 | No. 050 | No. 050 | | 3/24/20 |

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above) — SAME —

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only different than shown above)
3 SOUTH MAIN ST.
ALLENTOWN, NJ

Date 02/25/21 Time 1013 ☑ am ☐ pm

Signature of U.S. Marshal or Deputy #5191

| Service Fee | Total Mileage Charges including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| $260 | $58.24 | | | | |

MILEAGE $58.24

REMARKS: - 02/16/21 @ 3:31pm = NO ANSWER, NO ONE PRESENT,
- 02/17/21 @ 1125pm = NO ONE PRESENT,
- 02/24/2021 @ 1038AM (NEW) POTENTIAL ADDRESS @ 3 SOUTH MAIN ST, ALLENTOWN, NJ, LEFT MESSAGE

SERVICE FEE: 4HR @ 65/HR = $260
MILEAGE: 13M. X 2RD TRIP = 26 MILES @ .56 = 14.56

PRINT 5 COPIES: 1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00